UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LARRY LANNIN,

      Plaintiff,

v.

CASE NO.: 1:17-cv-23378-RNS

NCL(BAHAMAS) LTD., a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE;
AJEJANDRO CAMACHO DUQUE
and MARTIE VAN DER WILT,,

      Defendants.
_____/

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT ORDER DATED JANUARY 16, 2018, GRANTING PLAINTIFF'S 2ND MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE ON THE DEFENDANTS ALEJANDRO CAMACHO DUQUE AND MARTIE VAN DER WILT

COMES NOW, the Plaintiff, LARRY LANNIN, by and through his undersigned counsel and hereby files this, Motion for Reconsideration of Court Order Dated January 16, 2018, Granting Plaintiff's 2nd Motion for Extension of Time to Perfect Service on the Defendants, ALEJANDRO CAMACHO DUQUE and MARTIE VAN DER WILT, and as grounds states as follows:

1. On January 12, 2018, Plaintiff filed its 2nd Motion for Extension of Time to Perfect Service on the Defendants, Alejandro Camacho Duque and Martie Van Der Wilt. (DE 23).

2. The basis of Plaintiff's Motion was that even though the Defendants were still employed by Defendant, NCL (BAHAMAS) LTD a Bermuda Company, d/b/a NORWEGIAN CRUISE LINE, Defendant refused to accept service on their behalf.

LARRY LANNIN VS. NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE ET AL
Case No: 1:17-cv-23378-RNS
Page 2 of 4

3. On January 12, 2018, Plaintiff filed e-served Interrogatories to the Defendant NCL requesting information pertaining to the aforementioned Defendants with regard to which NCL vessel(s) were they currently employed on, and the itinerary of each Defendant for the next 6 months, including dates and location of the embarkation, disembarkation and any visited ports. Without this information, the Plaintiff will be unable to serve the Defendants due to the fact that they are onboard one of NCL's ships at.

4. On January 16, 2017, the Court entered its Order Granting in Part, Plaintiff's 2nd Motion for Extension of Time to Perfect Service on Defendants, Alejandro Camacho Duque and Martie Van Der Wilt, allowing Plaintiff until February 12, 2018, to serve said Defendants.

5. Defendants, NCL's, Answers to Interrogatories are due on or before February 16, 2018, after the date Ordered by the Court making it impossible to be able to serve the Defendants within the time frame ordered by the Court.

6. This motion is in good faith and not for the purposes of delay.

WHEREFORE, the Plaintiff, LARRY LANNIN, by and through his undersigned counsel, respectfully requests that this Court enter an Order allowing the Plaintiff until April 13, 2018 to perfect service on the Defendants, ALEJANDRO CAMACHO DUQUE and MARTIE VAN DER WILT

LARRY LANNIN VS. NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE ET AL
Case No: 1:17-cv-23378-RNS
Page 3 of 4

Respectfully submitted,

LABOVICK LABOVICK & DIAZ
5220 Hood Road, Suite 200
Palm Beach Gardens, FL 33418
(561) 625-8400 - Telephone
(561) 370-6411 – Facsimile
Email: Phunt@labovick.com
2nd Email:Pdaddario@labovick.com

By:  /s/: Peter Hunt, Esq.
     Peter Hunt, Esq.
     Florida Bar No.: 107350

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to electronically received Notices of Electronic Filing.

## SERVICE LIST

**LARRY LANNIN VS. NCL (BAHAMAS) LTD. a Bermuda Company, Duque & Van Der Wilt**
**United States District Court, Southern District of Florida- Miami Division**
**CASE NO.: 17-CV-23378-Scola/Torres**

| Jeffrey E. Foreman, Esq. | Peter R. Hunt, Esq. |
|---|---|
| jforeman@fflegal.com | Phunt@labovick.com |
| Michael C. Gordon, Esq. | Pdaddario@labovick.com |

LARRY LANNIN VS. NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE ET AL
Case No: 1:17-cv-23378-RNS
Page 4 of 4

| | |
|---|---|
| mgordon@fflegal.com<br>Paul Bagley, Esq.<br>pbagley@fflegal.com<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555<br>Fax: 305-374-9077<br>*Attorney for Defendant NCL* | Labovick LaBovick & Diaz Law Group<br>5220 Hood Road, Suite 200<br>Palm Beach Gardens, Fl. 33418<br>Tel: 561-625-8400<br>Fax: 561-370-6412<br>*Attorney for Plaintiff* |